```
                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

| | |
|---|---|
| HYA BELOTSERKOVSKY, et al., | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO.1:14-CV-355-CAP |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

O R D E R

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The clerk is directed not to substitute another case for this action.

SO ORDERED, this  14th  day of February, 2014.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge