IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:

ILYA BELOTSERKOVSKY,

    Debtor.

BANK OF AMERICA, N.A.

    Appellant,

v.

ILYA BELOTSERKOVSKY,

    Appellee.

Case No. 1:14-cv-00355-JEC

## ORDER

For the reasons set forth in the Motion for Summary Affirmance filed by Bank of America, N.A., the Order Granting Debtor's Motion to Determine Secured Status entered by the United States Bankruptcy Court for the Northern District of Georgia (Ellis-Monroe, J.) on January 9, 2014, is hereby AFFIRMED.

**SO ORDERED,** this 4th day of March, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE