# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ILYA BELOTSERKOVSKY, | |
| Debtor, | BANKRUPTCY CASE NO. |
| | 13-74836-BEM |
| BANK OF AMERICA, N.A., | |
| Appellant, | ADVERSARY NO. |
| vs. | |
| ILYA BELOTSERKOVSKY, | CIVIL ACTION FILE |
| Appellee. | NO. 1:14-cv-355-JEC |

## J U D G M E N T

This action having come before the court, Honorable Julie E. Carnes, United States District Judge, for consideration of the appeal of the bankruptcy order entered February 7, 2014, and the court having rendered its decision, it is

**Ordered and Adjudged** that the order of the bankruptcy court is **affirmed** and the appeal is **dismissed**.

Dated at Atlanta, Georgia this 4th day of March, 2014.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Harry F. Martin
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  March 4, 2014
James N. Hatten
Clerk of Court

By: s/ Harry F. Martin
        Deputy Clerk